NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FELIX S. VANN, JR.,                        )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-413
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle
Sisco, Judge.

Felix S. Vann, Jr., pro se.

PER CURIAM.

        Affirmed.  See § 812.135(2)(c), Fla. Stat. (2009); Staley v. State, 934 So.

2d 664 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004).

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.